No. 323. AMERICAN NATIONAL BANK *v.* CITY OF SANFORD ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Stuart B. Warren, J. Blanc Monroe,* and *Monte M. Lemann* for petitioner. *Mr. Robert J. Pleus* for the City of Sanford, and *Solicitor General*

*Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States, respondents.

